IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIE LITTLEFIELD,

    Plaintiff,   CIV S-05-1182 KJM

    vs.

JO ANNE B. BARNHART,   <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

    Good cause appearing, the November 17, 2005 order to show cause is hereby discharged.

DATED: November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
littlefield.vac